IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLIS J. CAPLE                                                              PLAINTIFF

v.                              No. 4:13-CV-336-DPM

ARKANSAS DEPARTMENT OF                                           DEFENDANT
HUMAN SERVICES

ORDER

1. Caple's unopposed second motion for more time to respond on summary judgment, № 29, is granted. Response due by 5 September 2014. Any reply due by 17 September 2014. The Court calls the parties' attention to the Scheduling Order's requirements for summary-judgment papers. № 22 at 3-4. DHS must file a substituted Exhibit B, containing the complete condensed transcript of Caple's deposition, by 29 August 2014. Caple's responding Local Rule 56.1 statement must include each statement being responded to, as well as specific citations to the record.

2. Extending the briefing schedule on summary judgment jams up the pretrial deadlines. The 20 October 2014 trial date is shaky, in any event, because the Court needs to try an older case on that date. The deadlines and trial date in the Scheduling Order, № 22, are suspended. A Second Amended Final Scheduling Order will issue if need be after the Court decides the

dispositive motion.

    So Ordered.

                                  */s/ D.P. Marshall Jr.*
                                  D.P. Marshall Jr.
                                  United States District Judge

                                  26 August 2014