IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLIS J. CAPLE                                                                PLAINTIFF

v.                              No. 4:13-cv-336-DPM

ARKANSAS DEPARTMENT
OF HUMAN SERVICES                                                DEFENDANT

JUDGMENT

Caple's complaint is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

6 October 2014